# SUPREME COURT OF THE STATE OF NEW YORK
## Appellate Division, Fourth Judicial Department

**340**

**CA 10-02263**

PRESENT: CENTRA, J.P., PERADOTTO, LINDLEY, SCONIERS, AND MARTOCHE, JJ.

---

CAROL A. AHERN, INDIVIDUALLY AND AS EXECUTRIX
OF THE ESTATE OF DONNA RUBACHA, DECEASED,
PLAINTIFF-RESPONDENT,

V                                                                                    ORDER

RONALD H. SIROTA, INDIVIDUALLY AND DOING
BUSINESS AS STRATEGIC FINANCIAL PLANNING,
STRATEGIC FINANCIAL PLANNING, INC.,
DEFENDANTS-APPELLANTS,
ET AL., DEFENDANTS.

---

SICHENZIA ROSS FRIEDMAN FERENCE LLP, NEW YORK CITY (CHRISTOPHER P. MILAZZO OF COUNSEL), FOR DEFENDANTS-APPELLANTS.

CARROLL & CARROLL LAWYERS, P.C., SYRACUSE (JOHN BENJAMIN CARROLL OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Onondaga County (Deborah H. Karalunas, J.), entered August 10, 2010. The order, insofar as appealed from, denied the motion of defendants Ronald H. Sirota, individually and doing business as Strategic Financial Planning, and Strategic Financial Planning, Inc. to compel arbitration and dismiss the first amended complaint.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  March 25, 2011                          Patricia L. Morgan
                                                  Clerk of the Court